**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| *In re BP p.l.c. Securities Litigation*<br>------------------------------------------------------<br>This document relates to:<br><br>*Deka Investment GmbH* v. *BP p.l.c.* | No. 4:10-md-02185<br><br>No. 4:14-cv-01073<br><br>Honorable Keith P. Ellison |

**Stipulation and Order Regarding Motion to Dismiss**

WHEREAS, Defendants filed a motion to dismiss the amended complaints in 18 actions, including in the above-captioned action ("Deka"), on September 28, 2016 (Dkt. No. 27, 28);

WHEREAS, Defendants' motion with respect to the Deka action sought dismissal only of so-called "holder" claims (*i.e.*, claims that Plaintiffs relied upon Defendants' alleged misstatements in deciding not to divest themselves of BP shares) because Plaintiffs did not plead such claims with the particularity required by Fed. R. Civ. P. 9(b);

WHEREAS, on March 9, 2017, the Deka Plaintiffs filed a memorandum in opposition to Defendants' motion to dismiss ("Opposition"), in which they represented that (1) "[a]ll claims in the Deka Complaint are rooted in purchases of BP ordinary shares made in reliance on Defendants' misrepresentations or omissions and no claims depend merely on the holding of such shares," and (2) "[t]he Deka Complaint does not make 'holder' claims because it seeks to recover damages for purchases made during the period of wrongdoing" and "[t]he Deka Plaintiffs have not made claims for shares purchased prior to this period" (Dkt. No. 34 at 2, 4);

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties:

1. As set forth in their Opposition, the Deka Plaintiffs do not seek to assert any "holder" claims as herein defined.

2. Defendants withdraw their motion to dismiss with respect to the Deka action.

Dated: May 4, 2017

STIPULATED AND AGREED:

|  |  |
|---|---|
|  | /s/ Thomas W. Taylor |
|  | Thomas W. Taylor |
| OF COUNSEL | Texas State Bar No. 19723875 |
| Daryl A. Libow (pro hac vice) | S.D. Tex. Bar No. 3906 |
| Amanda F. Davidoff (pro hac vice) | ANDREWS KURTH KENYON LLP |
| SULLIVAN & CROMWELL LLP | 600 Travis, Suite 4200 |
| 1700 New York Avenue, N.W. | Houston, Texas 77002 |
| Washington, D.C. 20006 | Telephone: (713) 220-4200 |
| Telephone: (202) 956-7500 | Facsimile: (713) 220-4285 |
|  | ttaylor@andrewskurth.com |
| Richard C. Pepperman, II (pro hac vice) |  |
| Marc De Leeuw (pro hac vice) | *Attorney-in-charge for Defendants* |
| SULLIVAN & CROMWELL LLP | *(other than David Rainey)* |
| 125 Broad Street |  |
| New York, New York 10004 |  |
| Telephone: (212) 558-4000 |  |
|  |  |
| Kathleen H. Goodhart | */s/* Patrick F. Linehan |
| COOLEY LLP | Patrick F. Linehan (pro hac vice) |
| 101 California Street, 5th Floor | Reid H. Weingarten (pro hac vice) |
| San Francisco, CA 94111 | Brian M. Heberlig (pro hac vice) |
| Telephone: (415) 693-2000 | Steptoe & Johnson LLP |
|  | 1330 Connecticut Avenue, NW |
| *Attorneys for Andrew G. Inglis* | Washington, DC 20036 |
|  | Telephone: (202) 429-3000 |
| Theodore V. Wells, Jr. (pro hac vice) |  |
| Roberto Finzi (pro hac vice) | *Attorneys for David Rainey* |
| Jaren Janghorbani (pro hac vice) |  |
| Patrick J. Somers (pro hac vice) |  |
| PAUL, WEISS, RIFKIND, WHARTON & |  |
| GARRISON LLP |  |
| 1285 Avenue of the Americas |  |
| New York, New York 10019-6064 |  |
| Telephone: (212) 373-3000 |  |

*Attorneys for Douglas Suttles*

        /s/ Kent A. Schaffer
**BIRES SCHAFFER & DEBORDE**
Kent A. Schaffer
712 Main Street
Suite 2400
Houston, TX 77002
Telephone: (713) 574-9412
Facsimile: (713) 228-0034
kentschaffer@gmail.com

**GRANT & EISENHOFER P.A.**
Jay W. Eisenhofer
Daniel L. Berger
Joseph Christensen
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8505
Facsimile: (302) 622-7004
jeisenhofer@gelaw.com

**DIAZ REUS & TARG LLP**
Alexander Reus
Miami Tower at International Place
100 S.E. Second Street, Suite 3400
Miami, FL 33131
Telephone: (786) 235-5000
Facsimile: (786) 235-5005
info@diazreus.com

*Counsel for Plaintiffs*

IT IS SO ORDERED.

SIGNED at Houston, Texas, on this _____ day of _____, 2017.

        _____
        KEITH P. ELLISON
        UNITED STATES DISTRICT JUDGE