UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

DEKA INVESTMENT GMBH, DEKA
INTERNATIONAL S.A. LUXEMBURG, and
INTERNATIONAL FUND MANAGEMENT
S.A.,

Plaintiffs,

v.

BP p.l.c., BP AMERICA INC., BP
EXPLORATION & PRODUCTION INC.,
ANTHONY B. HAYWARD, DOUGLAS J.
SUTTLES, BYRON E. GROTE, H. LAMAR
McKAY, and ROBERT W. DUDLEY;

Defendants.

Case No.: 4:14-cv-01073-VDG

## ORDER

Pursuant to Plaintiffs' request (Doc. No. 65 ), the court orders Geoffrey C. Jarvis and

David M. Haendler withdrawn from this case in their representation as counsel for Plaintiffs Deka

Investment GmbH, Deka International S.A. Luxemburg, and International Fund Management S.A.

("Plaintiffs").

SIGNED AND ENTERED on this the 18th day of March 2019.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE